**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBERT FUENTES,

                        Plaintiff,                  20 **CIVIL** 3223 (GWG)

                 -v-                         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 27, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The Appeals Council will affirm the favorable portion of the Administrative Law Judge's ("ALJ") decision (which found the claimant disabled from February 19, 2013, through September 7, 2016), and with respect to unfavorable portion of the ALJ's decision (which denied the claimant's claim for the period beginning on September 8, 2016, will remand to an ALJ with instruction to conduct further administrative proceedings.

**Dated:** New York, New York
          April 28, 2021

                                                              **RUBY J. KRAJICK**
                                                                 **Clerk of Court**
                                                 **BY:**
                                                                 **Deputy Clerk**